<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 00-2531**

————

JOHN H. HARDING; LISA A. TOMLINSON,

Petitioners - Appellants,

versus

PAUL D. HAHN, SR.; DOREEN HYATT, Personal rep-
resentatives of the Estate of Nancy L. Schamel
a/k/a Nancy L. Harding,

Respondents - Appellees.

————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-00-
1768-MJG)

————

Submitted: April 17, 2001          Decided: May 23, 2001

————

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

————

Affirmed by unpublished per curiam opinion.

————

John H. Harding, Lisa A. Tomlinson, Appellants Pro Se.  Julie Hunt
Blair, SAUSER & BLAIR, Jefferson, Maryland, for Appellees.

————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John H. Harding and Lisa A. Tomlinson appeal the district court's orders dismissing their complaint for want of jurisdiction and denying their motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. The Rooker-Feldman doctrine provides that a United States District Court has no authority to review final judgments of a state court in judicial proceedings. Brown & Root, Inc. v. Breckenridge, 211 F.3d 194, 198 (4th Cir. 2000) (quoting District of Columbia Ct. App. v. Feldman, 460 U.S. 462 (1983)). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED